NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ULTRATEC, INC.,**
*Appellant*

**v.**

**CAPTIONCALL, LLC,**
*Appellee*

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-2000, 2019-2005, 2019-2006

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00542, IPR2013-00543, IPR2013-00550.

---

## JUDGMENT

---

KRISTIN GRAHAM NOEL, Quarles & Brady, LLP, Madison, WI, argued for appellant. Also represented by MARTHA JAHN SNYDER, ANTHONY ALLEN TOMASELLI.

PRATIK A. SHAH, Akin Gump Strauss Hauer & Feld LLP, Washington, DC, argued for appellee. Also represented by Z.W. JULIUS CHEN, RACHEL J. ELSBY; MICHAEL P. KAHN, CAITLIN ELIZABETH OLWELL, MICHAEL NASSER PETEGORSKY, New York, NY; RUBEN H. MUNOZ, Philadelphia, PA.

FRANCES LYNCH, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED, MOLLY R. SILFEN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, LOURIE and MOORE, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

October 14, 2020        /s/ Peter R. Marksteiner
        Date        Peter R. Marksteiner
        Clerk of Court